

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00416-CR

Travis Addison **CONSEVAGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0309W
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 1, 2017.

_____
Luz Elena D. Chapa, Justice